UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

Eastern District of Kentucky
**FILED**
JUN 0 1 2006
AT FRANKFORT
LESLIE G WHITMER
CLERK U S DISTRICT COURT

| | |
|---|---|
| MICHAEL DUCAN ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM NIGHBERT, Individually and ) in his official capacity as Secretary of ) Transportation; ) | |
| ) | |
| ERNIE FLETCHER, Individually and in ) his official capacity as Governor of the ) Commonwealth of Kentucky; ) | CIVIL ACTION NO. 3:06-CV-34-KKC |
| ) | |
| JIM ADAMS, Individually and in his ) official capacity as Deputy Secretary of ) Transportation; and ) | |
| ) | |
| COMMONWEALTH OF KENTUCKY, ) TRANSPORTATION CABINET ) | |
| ) | |
| DEFENDANTS ) | |

## NOTICE OF REMOVAL

Defendants William Nighbert, individually and in his official capacity as Secretary of Transportation; Ernie Fletcher, individually and in his official capacity as Governor of the Commonwealth of Kentucky; Jim Adams, individually and in his official capacity as Deputy Secretary of Transportation; and Commonwealth of Kentucky, Transportation Cabinet, hereby jointly file this Notice of Removal pursuant to 28 U.S.C. § 1441 to the United States District Court for the Eastern District of Kentucky, Frankfort Division, stating as follows:

1. On May 10, 2006 the Complaint in Civil Action 06-CI-00639 was filed in the Franklin Circuit Court of the Commonwealth of Kentucky. It was served upon the Transportation Cabinet, with summons, on May 11, 2006, and was served upon William Nighbert, with summons, on May 16, 2006. On May 12, 2006, Plaintiff filed a First Amended Complaint, adding Governor Ernie Fletcher and Deputy Transportation Secretary Jim Adams as Defendants. A copy of the First Amended Complaint was served upon Governor Fletcher, with summons, on May 12, 2006; was served upon Jim Adams, with summons, on May 23, 2006; was served upon William Nighbert, with summons, on May 16, 2006; and was served upon the Transportation Cabinet, with summons, on May 18, 2006. These documents, copies of which are attached hereto, constitute all of the pleadings and orders served upon or by Defendants to date in this action.

2. This action is of a civil nature arising from the Plaintiff's employment with the Transportation Cabinet of the Commonwealth of Kentucky. The action involves claims that Plaintiff was illegally discharged from a position at the Kentucky Transportation Cabinet for political reasons, and that such discharge violated Plaintiff's civil rights under the 1st and 14th Amendments to the United States Constitution, thereby entitling him to declaratory relief, injunctive relief, compensatory damages, and punitive damages pursuant to both 42 U.S.C. §§ 1983 and 1985. Plaintiff also claims that Defendants' actions violated KRS 18A.140, and Plaintiff asserts a separate defamation and false light claim against Governor Fletcher only.

3. This Court has original federal question jurisdiction pursuant to 28 U.S.C. § 1331 because the claims arise under the Constitution and laws of the United States.

4. Specifically, this action arises under the 1st and 14th Amendments to the United States Constitution, 42 U.S.C. § 1983, and 42 U.S.C. § 1985. Plaintiff is also seeking attorneys fees and costs incurred in this action pursuant to 42 U.S.C. § 1988.

5. This Court has supplemental jurisdiction pursuant to 28 U.S.C. § 1367 over the state claims advanced in Plaintiff's Complaint, as those claims are based on the same allegations that underlie the federal claims. The state claims are so related to the claims over which this Court has original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution.

WHEREFORE, Defendants hereby file this notice of removal from the Franklin Circuit Court to the United States District Court for the Eastern District of Kentucky.

Respectfully submitted,

Spencer D. Noe
BOWLES RICE McDAVID GRAF &
LOVE, LLP
155 East Main Street, Suite 300
Lexington, Kentucky 40507
(859) 252-2202
*Counsel for William Nighbert, in his
individual and official capacities*

*/s/ Christopher W. Brooker*

M. Stephen Pitt
Christopher W. Brooker
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202-2898
(502) 589-5235
*Counsel for Governor Ernie Fletcher, in his individual and official capacities*

*/s/ Robert L. Roark*

Robert L. Roark
WALTHER, ROARK, GAY & TODD, PLC
163 East Main Street, Suite 200
Lexington, Kentucky 40507
(859) 225-4714
*Counsel for Jim Adams, in his individual and official capacities*

*/s/ Jeffrey S. Chapuran*

Jeffrey S. Chapuran
STOLL KEENON OGDEN, PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1801
(859) 231-3000

Paul C. Harnice
STOLL KEENON OGDEN, PLLC
307 Washington Street
Frankfort, Kentucky 40601
(502) 875-6220
*Counsel for Kentucky Transportation Cabinet*

4

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing has been served upon the following, by first-class mail, postage prepaid, on this the 1st day of June, 2006:

Philip J. Shepherd
307 West Main Street
P.O. Box 782
Frankfort, Kentucky 40602

Paul F. Fauri
232 St. Clair Street
P.O. Box 1304
Frankfort, Kentucky 40602

*Christopher W. Brooher* (signature)
One of Counsel for Governor Ernie Fletcher

20265751.1