UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT FRANKFORT

CIVIL ACTION NO. 06-34

MICHAEL DUNCAN, PLAINTIFF

v. **OPINION & ORDER**

WILLIAM NIGHBERT, ERNIE FLETCHER,
JIM ADAMS, COMMONWEALTH OF KENTUCKY
TRANSPORTATION CABINET, et al., DEFENDANTS

\* \* \* \* \* \* \* \* \*

This matter is before the Court on the Motion to Temporarily Stay Discovery (Rec. No. 32) filed by the Defendant Governor Ernie Fletcher. With his motion, Governor Fletcher seeks a temporary stay of discovery in this action until the Court rules on his pending Motion for Summary Judgment.

In his Motion for Summary Judgment, the Governor argues that, even if the Court should accept all of Duncan's factual allegations as true, all of Duncan's claims against the Governor should be dismissed. Specifically, the Governor asserts that Duncan has failed to state any claim against the Governor and that the Governor is entitled to various immunities including qualified, executive and sovereign immunity.

Where issues of immunity and privilege can be decided as a matter of law, the Court should resolve such issues before subjecting either party to the time and expense of discovery. *See, e.g., Siegert v. Gilley*, 500 U.S. 226, 231 (1991); *Harlow v. Fitzgerald*, 457 U.S. 800, 818 (1982); *Anderson v. Creighton*, 483 U.S. 635, 646 n.6 (1987). Because the Governor has asked the Court to assume the truth of all of the Plaintiff's allegations in resolving his pending Motion for Summary

Judgment, Plaintiff has no need to conduct discovery before responding to the Governor's motion.

Accordingly, it is hereby ORDERED that the Governor's Motion to Temporarily Stay Discovery (Rec. No. 32), including the Governor's deposition which was noticed by the Plaintiff for February 20, 2007, is GRANTED and all discovery in this action shall be STAYED until such time as the Governor's pending Motion for Summary Judgment is resolved.

Dated this 12th day of February, 2007.

Signed By:
*Karen K. Caldwell* KKC
**United States District Judge**